[No. 13328–4–I.   Division One.   October 7, 1985.]

WILFRED L. WEBB, *Respondent*, v. DONN
M. SIBOLD, ET AL, *Appellants.*

THE ESTATE OF MERVIN A. MINISH, ET AL, *Plaintiffs,*
v. PACE ENGINEERING CORPORATION, *Defendant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–16345–9, David C. Hunter, J., entered
May 19, 1983. *Affirmed* by unpublished opinion per Cole, J.
Pro Tem., concurred in by Scholfield, A.C.J., and Grosse, J.

[No. 13372–1–I.   Division One.   October 7, 1985.]

CAL LEENSTRA, *Appellant*, v. THE PORT OF
BELLINGHAM, *Respondent.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 82–2–01008–8, Jack S. Kurtz, J.,
entered June 2, 1983. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Williams and Coleman, JJ.

[No. 14890–7–I.   Division One.   October 7, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
TYRONE EZELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–03275–6, Frank D. Howard, J., entered
May 22, 1984. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Scholfield, A.C.J., and
Swanson, J.